UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EARL LUMLEY,**

    **Plaintiff,**

**v.**                                               Case No.  8:07-cv-2286-T-30MSS

**LIFE INSURANCE COMPANY OF
NORTH AMERICA,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Unopposed Motion for Dismissal With Prejudice (Dkt. #9). Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Unopposed Motion for Dismissal With Prejudice (Dkt. #9) is GRANTED.

    2.    This cause is dismissed with prejudice, with each party to bear its/his own costs and attorney's fees.

    3.    All pending motions are denied as moot.

    4.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on April 15, 2008.

                                                        JAMES S. MOODY, JR.
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-2286.dismissal 9.wpd